**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WHEATLEY, DARRELL KEVIN                    § Case No. 12-26912
                                                  §
                                                  §
Debtor(s)                                         §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 04/23/2013 in Courtroom 615, United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/15/2013         By: /s/DEBORAH K. EBNER
                                                Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WHEATLEY, DARRELL KEVIN   § Case No. 12-26912
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,996.84 |
| *and approved disbursements of* | $ 50.00 |
| *leaving a balance on hand of* [1] | $ 5,946.84 |
| **Balance on hand:** | $ 5,946.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,946.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Deborah Ebner, Trustee | 749.68 | 0.00 | 749.68 |
| Trustee, Expenses - DEBORAH K. EBNER | 79.35 | 0.00 | 79.35 |
| Attorney for Trustee, Fees - Law Office of Deborah Kanner Ebner | 4,597.16 | 0.00 | 4,597.16 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 5,426.19 |
| Remaining balance: | $ 520.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 520.65 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 520.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,789.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 1,999.07 | 0.00 | 217.32 |
| 2 | Asset Acceptance LLC | 1,056.56 | 0.00 | 114.86 |
| 3 | Quantum3 Group LLC as agent for | 1,733.62 | 0.00 | 188.47 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 520.65 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-26912-JSB
Darrell Kevin Wheatley                                              Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: dwilliams           Page 1 of 2          Date Rcvd: Mar 18, 2013
                              Form ID: pdf006           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2013.
db          #+Darrell Kevin Wheatley,   17440 Chelsea Place,   Country Club Hills, IL 60478-4900
19118261     +Blitt and Gaines, PC,   Bankruptcy Department,   661 Glenn Ave.,   Wheeling, IL 60090-6017
19118260     +Clerk, First Mun Div,   12 M1 115230,   50 W. Washington St., Rm. 1001,   Chicago, IL 60602-1316
19118256     +Comcast,   C/O Credit Protection ASSO,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
19118257     +Credit Acceptance,   Attn: Bankruptcy Dept.,   Po Box 513,   Southfield, MI 48037-0513
19118258     +Dependon Collection SE,   Attn: Bankruptcy Dept.,   Po Box 4833,   Oak Brook, IL 60522-4833
19118270     +Empire Tax Corp,   Attn: Bankruptcy Dept.,   119 W. William St.,   Decatur, IL 62523-1187
19118262     +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
19118263     +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
19118265     +First Premier BANK,   Attn: Bankruptcy Dept.,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
19118264     +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
19118266     +Tribute,   Attn: Bankruptcy Dept.,   Po Box 105555,   Atlanta, GA 30348-5555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19118268     +E-mail/Text: ally@ebn.phinsolutions.com Mar 19 2013 02:15:33      ALLY Financial,
               Bankruptcy Department,   200 Renaissance Ctr.,   Detroit, MI 48243-1300
19118267      E-mail/Text: bnc-applied@quantum3group.com Mar 19 2013 03:14:19      Applied BANK,
               Attn: Bankruptcy Dept.,   601 Delaware Ave,   Wilmington, DE 19801
19300108      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 19 2013 02:27:49
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
19406372     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 19 2013 02:12:15      Asset Acceptance LLC,
               assignee CREDIT ONE BANK NA,   PO Box 2036,   Warren, MI 48090-2036
19118269     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Mar 19 2013 03:12:51
               Cook County Treasurer's Office,   Bankruptcy Dept,   118 N. Clark Rm 112,
               Chicago, IL 60602-1332
19118255     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 19 2013 02:12:15      Credit ONE BANK NA,
               C/O Asset Acceptance LLC,   Po Box 2036,   Warren, MI 48090-2036
19408064      E-mail/Text: bnc-quantum@quantum3group.com Mar 19 2013 02:18:29
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
19118259     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2013 02:12:23      Tribute Mastercard,
               C/O Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Mar 20, 2013**          **Signature:**         *Joseph Speetjens*

```
District/off: 0752-1           User: dwilliams              Page 2 of 2                  Date Rcvd: Mar 18, 2013
                               Form ID: pdf006              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2013 at the address(es) listed below:

          Deborah   Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah K Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
           sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
          Juan M Villalpando    on behalf of Debtor Darrell Kevin Wheatley ndil@geracilaw.com
          Linda M Kujaca    on behalf of Trustee Deborah  Kanner Ebner lkujaca@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                 TOTAL: 5