**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: WHEATLEY, DARRELL KEVIN                              Case No. 12-26912
_____,         Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $6,875.00                    Assets Exempt: $3,775.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $520.65        Claims Discharged
                                                Without Payment: $11,956.60

Total Expenses of Administration: $5,476.19

---

    3) Total gross receipts of $ 5,996.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,996.84 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $28,897.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,231.53 | 5,476.19 | 5,476.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 10,736.00 | 4,789.25 | 4,789.25 | 520.65 |
| **TOTAL DISBURSEMENTS** | $39,633.00 | $12,020.78 | $10,265.44 | $5,996.84 |

    4) This case was originally filed under Chapter 7 on July 05, 2012. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/26/2013     By: /s/DEBORAH K. EBNER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Homestead | 1110-000 | 5,996.84 |
| **TOTAL GROSS RECEIPTS** | | **$5,996.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Cook County Treasurer | 4110-000 | 21,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Acceptence | 4110-000 | 7,897.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$28,897.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2200-000 | N/A | 79.35 | 79.35 | 79.35 |
| Law Office of Deborah Kanner Ebner | 3110-000 | N/A | 5,752.50 | 4,597.16 | 4,597.16 |
| Deborah Ebner, Trustee | 2100-000 | N/A | 1,349.68 | 749.68 | 749.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,231.53 | $5,476.19 | $5,476.19 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 1,999.00 | 1,999.07 | 1,999.07 | 217.32 |
| 2 | Asset Acceptance LLC | 7100-000 | 1,049.00 | 1,056.56 | 1,056.56 | 114.86 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,733.62 | 1,733.62 | 188.47 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier BANK | 7100-000 | 431.00 | N/A | N/A | 0.00 |
| NOTFILED | Tribute | 7100-000 | 1,730.00 | N/A | N/A | 0.00 |
| NOTFILED | M1 115230 | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Applied BANK | 7100-000 | 1,734.00 | N/A | N/A | 0.00 |
| NOTFILED | ALLY Financial Bankruptcy Department | 7100-000 | 2,946.00 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection SE | 7100-000 | 436.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast C/O Credit Protection ASSO | 7100-000 | 411.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $10,736.00 | $4,789.25 | $4,789.25 | $520.65 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-26912  **Trustee:** (330480) DEBORAH K. EBNER
**Case Name:** WHEATLEY, DARRELL KEVIN  **Filed (f) or Converted (c):** 07/05/12 (f)
 **§341(a) Meeting Date:** 08/30/12
**Period Ending:** 05/26/13  **Claims Bar Date:** 10/26/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homestead | 91,000.00 | Unknown | | 5,996.84 | FA |
| 2 | Checking Account with SGT | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account with SGT | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Books, CDs, Tapes/Records, Family Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Watch | 25.00 | 0.00 | | 0.00 | FA |
| 8 | Pension w/ Employer/Former Employer - 100% exemp | Unknown | 0.00 | | 0.00 | FA |
| 9 | Credit Acceptance - 2005 Jaguar S Type | 5,500.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$97,875.00** | **$0.00** | | **$5,996.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is selling real estate in Country Hills, Illinois

**Initial Projected Date Of Final Report (TFR):** February 15, 2013  **Current Projected Date Of Final Report (TFR):** March 15, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-26912  
**Case Name:** WHEATLEY, DARRELL KEVIN  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-66 - Checking Account  

**Taxpayer ID #:** **-***1892  
**Period Ending:** 05/26/13  

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/12 | {1} | Chicago Title | sale of real estate | 1110-000 | 4,163.59 | | 4,163.59 |
| 11/03/12 | {1} | Chicago TItle | sale of real estate | 1110-000 | 1,833.25 | | 5,996.84 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,971.84 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,946.84 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033048088 20130103 | 9999-000 | | 5,946.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,996.84 | 5,996.84 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,946.84 | |
| | | | **Subtotal** | | 5,996.84 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,996.84** | **$50.00** | |

{} Asset reference(s)

Printed: 05/26/2013 08:42 PM   V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-26912  
**Case Name:** WHEATLEY, DARRELL KEVIN  

**Taxpayer ID #:** **-***1892  
**Period Ending:** 05/26/13  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****746966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,946.84 | | 5,946.84 |
| 04/23/13 | 10101 | DEBORAH K. EBNER | Dividend paid 100.00% on $79.35, Trustee Expenses; Reference: | 2200-000 | | 79.35 | 5,867.49 |
| 04/23/13 | 10102 | Law Office of Deborah Kanner Ebner | Dividend paid 100.00% on $4,597.16, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,597.16 | 1,270.33 |
| 04/23/13 | 10103 | Deborah Ebner, Trustee | Dividend paid 100.00% on $749.68, Trustee Compensation; Reference: | 2100-000 | | 749.68 | 520.65 |
| 04/23/13 | 10104 | American InfoSource LP as agent for | Dividend paid 10.87% on $1,999.07; Claim# 1; Filed: $1,999.07; Reference: | 7100-000 | | 217.32 | 303.33 |
| 04/23/13 | 10105 | Asset Acceptance LLC | Dividend paid 10.87% on $1,056.56; Claim# 2; Filed: $1,056.56; Reference: | 7100-000 | | 114.86 | 188.47 |
| 04/23/13 | 10106 | Quantum3 Group LLC as agent for | Dividend paid 10.87% on $1,733.62; Claim# 3; Filed: $1,733.62; Reference: | 7100-000 | | 188.47 | 0.00 |

|  |  | ACCOUNT TOTALS | 5,946.84 | 5,946.84 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 5,946.84 | 0.00 | |
|  |  | **Subtotal** | **0.00** | **5,946.84** | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$0.00** | **$5,946.84** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******23-66** | 5,996.84 | 50.00 | 0.00 |
| **Checking # ****746966** | 0.00 | 5,946.84 | 0.00 |
| | **$5,996.84** | **$5,996.84** | **$0.00** |

{} Asset reference(s)                                                                                               Printed: 05/26/2013 08:42 PM   V.13.13